**KENNETH A. PAUL**
ATTORNEY AT LAW

TRINITY BUILDING
111 BROADWAY - SUITE 701
NEW YORK, N.Y. 10006
TELEPHONE: (212) 587-8000
FAX: (212) 374-1506

kpaul@kennethpaulesq.com

November 6, 2015

<u>Via ECF and Regular Mail</u>
Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

          Re:    <u>United States v. John Makropoulos</u>
                  14 Cr. 305 (DLI)

Dear Judge Irizarry:

      I was recently assigned to this case as counsel to replace the previously assigned CJA counsel. On October 27, 2015, I submitted a letter to the Court indicating that, after consultation with my client, we had no objections to the Presentence Investigation Report. This case is presently scheduled for sentencing on November 20, 2015.

      I write the Court to respectfully request an adjournment of the sentencing date to the week of December 7, 2015, in order to continue reviewing my client's history and file and to allow the additional time for me to gather letters and certificates to submit to the Court in advance of sentencing. I am available any date that week except the afternoon of December 7th. I am also available December 18th, 21st, or the 22nd.

      Recently, I have had medical issues that has required my time to be outside of the office. This is the first request for such an adjournment. I have spoken with AUSA Ryan Harris who has no objection to this application.

      Thank you for your consideration.

                                                  Respectfully,

                                                  Kenneth A. Paul

KAP:ac